UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:90-cr-00006-JPH-CMM |
| | ) | |
| MAHMOOD UL-HASSAN, | ) | -03 |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION FOR JUDICIAL RECOMMENDATION**

Defendant Mahmood Ul-Hassan has filed a motion asking this Court to recommend that his sentence in this case run concurrent to his sentence in a case from the Eastern District of Virginia, case number 1:97-cr-262-1. Dkt. [5]. He cites 18 U.S.C. § 3621(b)(4) as giving this Court authority to make that recommendation, but that provision is about the place and type of confinement, not whether sentences run concurrently or consecutively. *Setser v. United States*, 566 U.S. 231, 239 (2012).

Instead, 28 U.S.C. § 2241 allows courts "to adjudicate whether the [Bureau of Prisons] is correctly administering federal sentences." *Taylor v. Lariva*, 638 Fed. Appx. 539, 541 (7th Cir. 2016). A § 2241 petition "must be filed in the judicial district that contains the prisoner's place of confinement." *United States v. Earls*, 755 Fed. Appx. 581, 582 (7th Cir. 2019) (citing 28 U.S.C. § 2241(a)); *see Romandine v. United States*, 206 F.3d 731, 736 (7th Cir. 2000). Mr. Ul-Hassan is incarcerated in Pennsylvania, so the Southern District of Indiana would not be the proper venue for a § 2241 petition.

1

Mr. Ul-Hassan's motion for judicial recommendation, dkt. [5], is therefore **DENIED**. His motion for status, dkt. [6], is **DENIED as moot**.

**SO ORDERED.**

Date: 9/6/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Mahmood Ul-Hassan
#30888-053
LSCI Allenwood
P O Box 1000
White Deer, PA 17887